```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 14507
   TIFFANY CALABRESE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8546

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 08/10/2007 and was confirmed 10/31/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/06/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-----------------------------------------------------------------------------
GMAC                       SECURED VEHIC         .00            .00           .00
GMAC PAYMENT CENTER        UNSECURED             .00            .00           .00
GMAC MORTGAGE              CURRENT MORTG         .00            .00           .00
GMAC MORTGAGE              MORTGAGE ARRE     7000.00            .00           .00
GMAC                       CURRENT MORTG         .00            .00           .00
GMAC                       MORTGAGE ARRE     1988.31            .00           .00
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00            .00           .00
WINDRIDGE COURTS CONDO     CURRENT MORTG         .00            .00           .00
AMERICAN DREAM/PAYMENT P   UNSECURED       NOT FILED            .00           .00
HOUSEHOLD FINANCE/BENEFI   UNSECURED        6289.29             .00           .00
BENEFICIAL HFC             UNSECURED       NOT FILED            .00           .00
ERIE INSURANCE GROUP       UNSECURED       NOT FILED            .00           .00
HFC/TA                     UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED        1035.58             .00           .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED            .00           .00
LOYOLA UNIVERSITY          UNSECURED       NOT FILED            .00           .00
SWEDISH COVENANT HOSPITA   UNSECURED       NOT FILED            .00           .00
SWEDISH EMERGENCY ASSOC    UNSECURED       NOT FILED            .00           .00
GMAC                       NOTICE ONLY     NOT FILED            .00           .00
WINDRIDGE COURTS CA        UNSECURED        9641.89             .00           .00
WASHINGTON MUTUAL BANK     SECURED NOT I        .00             .00           .00
AMERICAN GENERAL FINANCE   SECURED NOT I    3065.99             .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        1021.99             .00           .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY      2,700.00                       1,207.44
TOM VAUGHN                 TRUSTEE                                            82.56
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     1,290.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 14507 TIFFANY CALABRESE

```
PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                    1,207.44
TRUSTEE COMPENSATION                                                 82.56
DEBTOR REFUND                                                          .00
                                      ---------------    ---------------
TOTALS                                       1,290.00           1,290.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
    Dated: 05/23/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```